Jessica T. Arena
CA Bar: 301807
Law Office of Jessica T. Arena
2443 Fillmore Street, #380-1614
San Francisco, CA 94115
Tel: (541) 525-3341
Email: jessica@jtarenalaw.com

*Attorney for Plaintiff*




**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Shelby Renee Parham,<br><br>Plaintiff,<br><br>v.<br><br>Joseph B. Edlow, et al,<br><br>Defendants. | Case No.: 5:26-cv-07597-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

Under Federal Rules of Civil Procedure 41(A), this action is dismissed without prejudice by the Plaintiff in its entirety.

Dated: September 8, 2026

____*/s/ Jessica Arena*____
Jessica T. Arena
Attorney for Plaintiff